UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   CASE NO. 8:07-cr-525-T-24MAP

DAVID ALAN SMITH,

    Defendant.

## FORFEITURE MONEY JUDGMENT
## AND ORDER FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for a Forfeiture Money Judgment, which, at sentencing, shall be a final judgment of forfeiture as to defendant David Alan Smith. For good cause shown, the motion of the United States is GRANTED.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained $1,309,899.00 in proceeds from his commission of wire and mail fraud, in violation of 18 U.S.C. §§ 1343 and 1341, respectively. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that defendant David Alan Smith is personally liable for a forfeiture money judgment in the amount of $1,309,899.00, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1).

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the value of the $1,309,899.00 money judgment as

substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

Being fully advised in the premises, the Court finds:

WHEREAS, by virtue of the defendant's guilty plea and entry of a forfeiture money judgment, the United States is now entitled to possession of the following real property as a substitute asset pursuant to 21 U.S.C. § 853(p) and Rule 32.2 of the Federal Rule of Criminal Procedure:

> Real property located at 6143 Bridleford Drive, Wesley Chapel, Florida, which is legally described as:
>
> LOT 5, SADDLERIDGE ESTATES, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 37, PAGE 72 THROUGH 80 INCLUSIVE, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.
>
> PARCEL NO. 05/26/20/0030/00000/0050

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. All right, title, and interest of defendant David Alan Smith in the above-listed real property is hereby forfeited to the United States for disposition in according to law, subject to the provisions of 21 U.S.C. § 853(p).

2. Following entry of this order, the United States will, pursuant to 21 U.S.C. § 853(n), publish (in such manner as the Attorney General may direct) notice thereof and its intent to dispose of the forfeited property. The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the above-described asset, as substitute for published notice as to those persons so notified.

3. Any person, other than defendant David Alan Smith, who has or claims any right, title, or interest in the above-described asset must file a petition with the Court for a

hearing to adjudicate the validity of his or her alleged interest in the forfeited asset. The petition should be mailed to the Clerk of the United States District Court, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

4. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited asset, and any additional facts surrounding the petitioner's claim and relief sought.

5. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited asset.

6. Upon adjudication of all third-party interests in the above-described asset, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

**DONE and ORDERED** in Chambers in Tampa, Florida, this １ˢᵗ day of April, 2008.

HON. SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE